# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                          §
                                                §
COLLAR JR, CHRISTOPHER          §          Case No. 12-29197
COLLAR, KIMBERLY                    §
                                                §
            Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    Jeffrey P. Allsteadt
                    Clerk of the U.S. Bankruptcy Court
                    219 S. Dearborn, 7th Floor
                    Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
                    9:30 a.m., on Thursday, January 8, 2015
                    in Courtroom  680, U.S. Courthouse
                    219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                              Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLLAR JR, CHRISTOPHER | § | Case No. 12-29197 |
| COLLAR, KIMBERLY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 57,299.11 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 57,299.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 5,156.58 | $ 0.00 | $ 5,156.58 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,196.00 | $ 0.00 | $ 2,196.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,352.58 |
| Remaining Balance | $ | 49,946.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,552.59  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $        1,903.10 | $          0.00 | $        1,903.10 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $        2,518.57 | $          0.00 | $        2,518.57 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $        1,770.85 | $          0.00 | $        1,770.85 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $        6,563.28 | $          0.00 | $        6,563.28 |
| 000005 | Portfolio Investments II LLC | $        1,732.19 | $          0.00 | $        1,732.19 |
| 000006 | Capital One Bank (USA), N.A. | $       18,945.74 | $          0.00 | $       18,945.74 |
| 000007 | Capital One, N.A. | $        1,535.80 | $          0.00 | $        1,535.80 |
| 000008 | Citibank, N.A. | $        1,583.06 | $          0.00 | $        1,583.06 |

Total to be paid to timely general unsecured creditors        $_____ 36,552.59

Remaining Balance        $_____ 13,393.94

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 160.62 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,233.32 .

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-29197-JPC
Christopher Collar, Jr                                                     Chapter 7
Kimberly Collar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Dec 11, 2014
                             Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2014.
db/jdb        +Christopher Collar, Jr,   Kimberly Collar,   1209 Highland Dr.,
               Prospect Heights, IL 60070-1017
19186941      +Blatt, Hasenmiller, Leibsker &,   Moore, LLC,   125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
19186944       CCO Mortgage,   P.O. Box 6260,   Glen Allen, VA 23058-6260
19186942       Capital One,   P.O. Box 85167,   Richmond, VA 23285-5167
19622541       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19690830       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19186945       Chase Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
19186946       GM Card,   P.O. Box 80082,   Salinas, CA 93912-0082
19186947       Good Year,   P.O. Box 653054,   Dallas, TX 75265-3054
19186950      +Mobile/Exxon,   P.O. Box 6404,   Sioux Falls, SD 57117-6404
19186951       Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
19186952      +Shell,   P.O. Box 6406,   Sioux Falls, SD 57117-6406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19186943       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 00:53:03     Care Credit/GEMB,
               P.O. Box 981127,   El Paso, TX 79998-1127
19733448       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2014 01:01:37     Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
19591934       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 00:53:03     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19186949       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2014 00:51:09     Kohl's,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
19522969      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2014 00:52:17
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
20354099       E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2014 00:53:39     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
20354100       E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2014 00:52:23
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                          TOTAL: 7

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19186948      ##Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2014 at the address(es) listed below:
        John H Redfield    on behalf of Joint Debtor Kimberly  Collar jredfield@craneheyman.com,
        mjoberhausen@craneheyman.com
        John H Redfield    on behalf of Debtor Christopher  Collar, Jr jredfield@craneheyman.com,
        mjoberhausen@craneheyman.com
        Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
        jmanola@baldiberg.com
        Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

District/off: 0752-1          User: gbeemster          Page 2 of 2          Date Rcvd: Dec 11, 2014
                             Form ID: pdf006          Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                              TOTAL: 5