UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
COLLAR JR, CHRISTOPHER § Case No. 12-29197
COLLAR, KIMBERLY §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHRISTOPHER COLLAR JR |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CCO Mortgage P.O. Box 6260 Glen Allen, VA 23058-6260 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 12-29197    Doc 33    Filed 03/16/15    Entered 03/16/15 14:55:11    Desc Main
          Document      Page 4 of 11

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG. LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moore, LLC 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | Chase Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | GM Card P.O. Box 80082 Salinas, CA 93912-0082 | | | | | |
| | Good Year P.O. Box 653054 Dallas, TX 75265-3054 | | | | | |
| | Mobile/Exxon P.O. Box 6404 Sioux Falls, SD 57117 | | | | | |
| 000005 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CITIBANK, N.A. | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| | CITIBANK, N.A. | | | | | |
| | PORTFOLIO INVESTMENTS II LLC | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-29197 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | COLLAR JR, CHRISTOPHER | | Date Filed (f) or Converted (c): | 07/24/12 (f) |
| | COLLAR, KIMBERLY | | 341(a) Meeting Date: | 09/18/12 |
| For Period Ending: | 02/03/15 | | Claims Bar Date: | 12/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 1209 Higland Drive Prospect Heights, IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. U.S. Bank Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary Household Goods, Furniture, Furnishings a | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Union Pension and Annuity | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) | 45,000.00 | 0.00 | | 0.00 | FA |
| 8. Trust Beneficiary | 40,000.00 | 57,299.11 | | 57,299.11 | FA |
| Schedule C amended to delete claimed exemption in trust proceeds since were not proceeds of insurance | | | | | |
| 9. 2008 Ford Focus | 8,000.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Ford Expedition | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. Professional tools, screw gunds, guns, power tools | 1,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $465,000.00 | $57,299.11 | | $57,299.11 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a revocable trust ("Trust"); Kimberly Collar held a 25% beneficial interest in the Trust; the Trust finally liquidated in early 2014 and an accounting of the receipts and disbursements for theTrust has been submitted to all parties for approval; all beneficiaries accepted the accounting; the net proceeds of the Trust were distributed to the 4 beneficiaries; Trustee recovered Kimberly Collar's 25% interest in the Trust; Trustee reviewed claims and analyzed Estate tax obligation; Trustee prepared TFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-29197 | Judge: Jacqueline P. Cox |
| Case Name: | COLLAR JR, CHRISTOPHER | |
| | COLLAR, KIMBERLY | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 07/24/12 (f) |
| 341(a) Meeting Date: | 09/18/12 |
| Claims Bar Date: | 12/28/12 |

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 10/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-29197 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | COLLAR JR, CHRISTOPHER | | Bank Name: | Associated Bank |
| | COLLAR, KIMBERLY | | Account Number / CD #: | *******7402  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6541 | | | |
| For Period Ending: | 02/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 8 | CHASE - CASHIER'S CHECK<br>REMITTER: KIMBERLY M. COLLAR TRUSTEE | TRUST PROCEEDS FROM ESTATE | 1129-000 | 57,299.11 | | 57,299.11 |
| 01/10/15 | 001001 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,156.58 | 52,142.53 |
| 01/10/15 | 001002 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,196.00 | 49,946.53 |
| 01/10/15 | 001003 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000005, Payment 100.43933% | | | 1,739.80 | 48,206.73 |
| | | | Claim           1,732.19 | 7100-000 | | | |
| | | | Interest             7.61 | 7990-000 | | | |
| 01/10/15 | 001004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 100.43928% | | | 1,911.46 | 46,295.27 |
| | | | Claim           1,903.10 | 7100-900 | | | |
| | | | Interest             8.36 | 7990-000 | | | |
| 01/10/15 | 001005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 100.43954% | | | 2,529.64 | 43,765.63 |
| | | | Claim           2,518.57 | 7100-900 | | | |

Page Subtotals   57,299.11   13,533.48

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-29197 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | COLLAR JR, CHRISTOPHER | Bank Name: | Associated Bank |
| | COLLAR, KIMBERLY | Account Number / CD #: | *******7402 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 02/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/15 | 001006 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Interest 11.07<br>Claim 000003, Payment 100.43934% | 7990-000 | | 1,778.63 | 41,987.00 |
| | | | Claim 1,770.85<br>Interest 7.78 | 7100-900<br>7990-000 | | | |
| 01/10/15 | 001007 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 100.43941% | | | 6,592.12 | 35,394.88 |
| | | | Claim 6,563.28<br>Interest 28.84 | 7100-900<br>7990-000 | | | |
| 01/10/15 | 001008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 100.43941% | | | 19,028.99 | 16,365.89 |
| | | | Claim 18,945.74<br>Interest 83.25 | 7100-900<br>7990-000 | | | |
| 01/10/15 | 001009 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 100.43951% | | | 1,542.55 | 14,823.34 |
| | | | Claim 1,535.80<br>Interest 6.75 | 7100-900<br>7990-000 | | | |
| 01/10/15 | 001010 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840 | Claim 000008, Payment 100.43965% | | | 1,590.02 | 13,233.32 |

Page Subtotals       0.00        30,532.31

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2            Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-29197 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | COLLAR JR, CHRISTOPHER | Bank Name: | Associated Bank |
| | COLLAR, KIMBERLY | Account Number / CD #: | *******7402 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 02/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/15 | 001011 | Oklahoma City, OK 73124-8840<br><br>CHRISTOPHER COLLAR JR<br>KIMBERLY COLLAR<br>1209 HIGHLAND DR.<br>PROSPECT HEIGHTS, IL 60070 | Claim    1,583.06<br>Interest    6.96<br>Surplus Funds | 7100-900<br>7990-000<br>8200-002 | | 13,233.32 | 0.00 |

```
                                      COLUMN TOTALS                         57,299.11      57,299.11       0.00
                                      Less: Bank Transfers/CD's                  0.00           0.00
                                      Subtotal                              57,299.11      57,299.11
                                      Less: Payments to Debtors                            13,233.32
                                      Net                                   57,299.11      44,065.79

                                                                              NET             NET         ACCOUNT
                              TOTAL - ALL ACCOUNTS                         NET DEPOSITS  DISBURSEMENTS    BALANCE
                              Checking Account (Non-Interest Earn - ********7402)  57,299.11   44,065.79      0.00
                                                                          ----------     ----------    ----------
                                                                          57,299.11      44,065.79       0.00
                                                                          ==========     ==========    ==========
                                                                          (Excludes Account  (Excludes Payments  Total Funds
                                                                             Transfers)        To Debtors)      On Hand
```

                           Page Subtotals      0.00      13,233.32

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*